Argued and submitted February 27, appeal dismissed as moot April 11, 1984

# STATE OF OREGON,
*Respondent,*

*v.*

# JIMMY DALE WHITTENBURG,
*Appellant.*

## (82-05-1256-C; CA A28370)

680 P2d 1

William D. Cramer, Jr., Burns, argued the cause and filed the brief for appellant.

Christine Chute, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Defendant was found not responsible for forgery in the first degree, ORS 165.013, by reason of mental disease or defect. The trial court found that defendant presented a "substantial danger to others" and ordered him committed to the jurisdiction of the Psychiatric Security Review Board (PSRB). ORS 161.327(1). Defendant argues that there is insufficient evidence to support the trial court's finding of dangerousness and that the court erred in ordering commitment rather than conditional release pending PSRB review.

The issues in this case are moot. The trial court file contains an amended order of the Psychiatric Security Review Board dated August 5, 1983, discharging defendant from the jurisdiction of PSRB. The order of discharge ends any relationship between defendant and the court of PSRB. ORS 161.351(1).

Affirmed.